

## Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00780-CV

**MEDICAL WASTE RECOVERY, INC.**,
Appellant

v.

**SOUTH TEXAS BLOOD AND TISSUE CENTER, INC.**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-19475
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  February 20, 2013

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

        The parties filed an agreed motion to dismiss this appeal.  We grant the motion.  *See* TEX.

R. APP. P. 42.1(a)(1).   We order all costs assessed against appellant.  *See* TEX. R. APP. P.

42.1(d)(absent agreement of the parties, costs are taxed against appellant).


                                        PER CURIAM